IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SHANNON WALLER, JR, | * |
| Plaintiff, | * |
| v. | Case No.  5:23-cv-00232-MTT |
| | * |
| BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 17, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 18th day of September, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk